## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**MYNOR DE JESUS DUARTE ALARCON,**

   *Petitioner*,

  v.

**PAMELA JO BONDI,** *et al.*,

   *Respondents.*

**Civil No.: 8:25-cv-03605-JRR**

### ORDER

Pending before the court is Petitioner Mynor De Jesus Duarte Alarcon's Amended Petition for Writ of Habeas Corpus (ECF No. 4; the "Petition") as well as Respondents'[1] Response to Amended Petition and Motion to Dismiss (ECF No. 18; the "Motion to Dismiss"). Following briefing by the parties, the court convened a hearing on the Petition and Motion to Dismiss today, December 18, 2025. For the reasons set forth on the record in open court, it is this 18th day of December 2025:

**ORDERED** that the Petition (ECF No. 4) shall be, and is hereby, **GRANTED in part and DENIED AS MOOT** in part as follows: The Petition is **GRANTED** as to Count I; and otherwise **DENIED AS MOOT**. Specifically, the court finds Petitioner is subject to discretionary detention under 8 U.S.C. § 1226(a) and is not subject to mandatory detention under 8 U.S.C. § 1225(b). Therefore, Respondents shall be, and are hereby, **ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225(b); and further it is

**FOUND** that Immigration Judge Irma Diaz, based on the record then before her, found by order issued November 6, 2025 (ECF No. 19-3), that Petitioner "would not be a danger to the

---

[1] Respondents are referred to herein collectively as the "Government."

community or a flight risk" based on his "community ties, and potential for relief of Cancellation of Removal for non-LP," and further found Petitioner "eligible for release on a $10,000 bond" "but for the jurisdictional limitation" pursuant to *Matter of Yahure Hurtdao*, 29 I&N Dec. 216 (BIA 2025), which this court finds is wrongly decided; and further it is it

    **ORDERED** that, upon Petitioner's payment or posting of bond in the amount of **TEN THOUSAND DOLLARS ($10,000.00)**, Respondents shall immediately release Petitioner from custody subject to the ordinary terms and conditions of the Immigration and Nationality Act (and applicable regulations) during Petitioner's removal proceedings; and further it is

    **ORDERED** that the Government's Motion to Dismiss (ECF No. 18) shall be, and is hereby, **DENIED**; and further it is

    **ORDERED** that the order at ECF No. 10 shall be, and is hereby, **VACATED**.

    Madam Clerk is directed to **CLOSE THIS CASE**.


                    /S/

                    _____

                    Julie R. Rubin
                    United States District Judge